LaSHAWN A. et al., Appellees,

v.

Marion S. BARRY, Jr., et al., Appellants.

No. 94–7044.

United States Court of Appeals,
District of Columbia Circuit.

Jan. 30, 1996.

Before EDWARDS, Chief Judge, WALD, SILBERMAN, BUCKLEY, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, RANDOLPH, ROGERS, and TATEL, Circuit Judges.

## ORDER

Upon consideration of appellees' Suggestion for Rehearing *In Banc,* and the response thereto, it is

ORDERED, by the Court *in banc,* that the suggestion is granted. This case will be considered and decided by the court sitting *in banc.* It is

FURTHER ORDERED, by the Court *in banc,* that the judgment filed herein on October 31, 1995 is hereby vacated.

A future order will govern further proceedings.